UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CLARISSA LEIGE,

                Plaintiff,

-against-

TINO HERNANDEZ, as Chairman of the
New York City Housing Authority,
and the NEW YORK CITY HOUSING
AUTHORITY.

                Defendants.

-----------------------------------------------------------x

**08 Civ. 3968 (NRB)**

**AFFIDAVIT OF SERVICE**

      JONATHAN T. KOEVARY, ESQ., an attorney admitted to this Court, swears under penalty of perjury as follows: I am not a party in the above entitled matter, am over 18 years of age, and am Of Counsel to SOUTH BROOKLYN LEGAL SERVICES, INC., 105 Court Street, Brooklyn, New York 11201.

      On April 28, 2008, at approximately 2:20 pm., I personally served:

A.   **Summonses** dated April 28, 2008 issued by this Court in the above captioned matter; and
B.   True and correct copies of the **Complaint** dated April 28, 2008 (each stamped by the Office of the Clerk of this Court) in the above captioned matter

on

(1) Defendant Tino Hernandez, Chairman New York City Housing Authority; and
(2) Defendant New York City Housing Authority

each at their offices located at

250 Broadway
Ninth Floor (Legal Department)
New York, New York 10007

Dated April 30, 2008

JONATHAN KOEVARY (JK-5750)

Sworn to before me this
30th day of April, 2008

_____
NOTARY PUBLIC

ARLENE HANSEN
Notary Public, State of New York
No. 01HA4749840
Qualified in Richmond County
Commission Expires Aug. 31, 2009