UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CLARISSA LEIGE,

           Plaintiff,

-against-

TINO HERNANDEZ, as Chairman of the
New York City Housing Authority,
and the NEW YORK CITY HOUSING
AUTHORITY.

           Defendants.

------------------------------------------------------------x

08 Civ. 3968 (NRB)

**CORRECTED AFFIDAVIT OF SERVICE**
(Corrects Dkt. No. 2)

      JONATHAN T. KOEVARY, ESQ., an attorney admitted to this Court, swears under penalty of perjury as follows: I am not a party in the above entitled matter, am over 18 years of age, and am Of Counsel to SOUTH BROOKLYN LEGAL SERVICES, INC., 105 Court Street, Brooklyn, New York 11201.

      On April 28, 2008, at approximately 2:20 pm., I personally served the following documents:

    A.    **Summonses** dated April 28, 2008 issued by this Court in the above captioned matter; and

    B.    True and correct copies of the **Complaint** dated April 28, 2008 (each stamped by the Office of the Clerk of this Court) in the above captioned matter,

each of which were addressed to:

(1) Defendant Tino Hernandez, Chairman New York City Housing Authority; and
(2) Defendant New York City Housing Authority

and each of which were served, at the aforementioned date and time, on the Receptionist at their offices located at 250 Broadway Ninth Floor (Legal Department) New York, New York 10007.

Dated May 1, 2008

_____
JONATHAN KOEVARY (JK-5730)

Sworn to before me this
1st day of May, 2008

_____
NOTARY PUBLIC

CARMEN I. VELEZ
Notary Public, State of New York
No. 01VE4750036
Qualified in Richmond County
Commission Expires April 30, 2011