UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

CLARISSA LEIGE,

                Plaintiff,

   -against-

TINO HERNANDEZ, as Chairman of the
New York City Housing Authority,
and the NEW YORK CITY HOUSING
AUTHORITY.

                Defendants.

-------------------------------------------------------x

08 Civ. 3968 (NRB)

**AFFIDAVIT OF SERVICE**

      JONATHAN T. KOEVARY, ESQ., an attorney admitted to this Court, swears under penalty of perjury as follows: I am not a party in the above entitled matter, am over 18 years of age, and am Of Counsel to SOUTH BROOKLYN LEGAL SERVICES, INC., 105 Court Street, Brooklyn, New York 11201.

      On May 14, 2008 at approximately 3:35 p.m. Eastern Daylight Time, I deposited true and copies of the **First Amended Complaint dated May 14, 2008** in the above captioned matter in post-paid properly addressed wrappers in an official depository under the exclusive care and custody of the United States Post Office Department within New York State:

The wrappers were addressed as follows:

New York City Housing Authority
Attn: Legal Department
250 Broadway, 9th Floor
New York, New York 10007

and

Tino Hernandez, Chairman
New York City Housing Authority
250 Broadway
New York, New York 10007

Dated May 14, 2008

JONATHAN KOEVARY (JK-5730)

Sworn to before me this
14th day of May, 2008

NOTARY PUBLIC

CARMEN I. VELEZ
Notary Public, State of New York
No. 01VE4750036
Qualified in Richmond County
Commission Expires April 30, 2011