## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                 : SS.:
COUNTY OF NEW YORK)

I, **Maria Vigario**, being duly sworn, depose and say: I am not a party to this proceeding, I am over EIGHTEEN (18) years of age and I am employed by the New York City Housing Authority at 250 Broadway, New York, New York 10007. On July 31, 2008, I served the within **Defendants' Answer to the Second Amended Complaint** upon:

> South Brooklyn Legal Services, Inc.
> 105 Court Street
> Brooklyn, New York 11201
> Attn: Edward Josephson, Esq.

by placing a true copy of these papers in a postage paid properly addressed envelope, addressed as set forth above, and depositing it in a receptacle under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Maria Vigario

Sworn to before me this
31st day of July 2008

_____
NOTARY PUBLIC

JEFFREY NIEDERHOFFER
Notary Public of New York
No. 02NI5024799
Richmond County
My Commission Expires March 14, 2010